**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000323
15-OCT-2015
08:49 AM**

NO. CAAP-15-0000323

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

THOMAS E. HAYES, Plaintiff-Appellee,
v.
RICHARD YEE MARN, CATHERINE MARN OBERHOLZER,
and RYAN DUCK QUON YEE MARN, Defendants-Appellees,
and
ERIC Y. MARN and ALEXANDER MARN,
Defendants/Interveners-Appellants,
and
PUMEHANA ASSOCIATES, Third-Party Plaintiff/Appellee,
and
RONALD K. KOTOSHIRODO, Third-Party Defendant/Appellee,
and
JOHN DOES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-1994)

ORDER DENYING THE OCTOBER 12, 2015 MOTION FOR RECONSIDERATION
(By: Foley, Presiding Judge, Fujise and Ginoza, JJ.)

Upon review of "Appellants' Motion for Reconsideration
of ICA Order Dismissing Appeal and Extension of Time to File
Opening Brief" (Motion for Reconsideration), filed October 12,
2015, by Defendants-Interveners-Appellants Alexander Y. Marn and
Eric Y. Marn (Appellants), pro se, which the court construes as a

motion for reconsideration of the October 8, 2015 "Order (1) Dismissing the Appeal Pursuant to HRAP Rule 30; and (2) All Pending Motions are Dismissed as Moot," as amended October 15, 2015, nunc pro tunc, the papers in support, and the record,

IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawai'i, October 15, 2015.

Presiding Judge

Associate Judge

Associate Judge